■ JAMES R. CAVALIER, Respondent, v. GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LTD., Appellant.— Order affirmed, with costs. All concur, Moule, J. in the following memorandum: I not only feel constrained to vote to affirm because of our decision in *Pasmear Inn*, v. *General Acc. Fire & Life Assur. Corp.*, (44 A D 2d 647) but also because here, unlike in *Pasmear*, plaintiff alleges that his claim was being processed and would be paid and, thus, raises a question of fact as to estoppel. (Appeal from part of order of Monroe Special Term in breach of contract action.) Present — Moule, J. P., Cardamone, Simons, Mahoney and Del Vecchio, JJ.

■ PERCY WILLIAMS, Petitioner, v. STATE OF NEW YORK LIQUOR AUTHORITY, Respondent.— Determination unanimously modified by reducing penalty from revocation to cancellation and $500 bond penalty and as modified confirmed, without costs. Memorandum: Under all the circumstances the punishment imposed was excessive. A cancellation would have been sufficient and more appropriate. (See *Matter of Agnello* v. *State Liq. Auth.*, 32 A D 2d 92.) (Review of determination revoking license, transferred by order of Erie Special Term.) Present — Moule, J. P., Cardamone, Simons, Mahoney and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL BROWN, Appellant, v. VINCENT R. MANCUSI, as Superintendent of Attica Correctional Facility, Respondent.— Appeal unanimously dismissed as moot. (See *People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648.) (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus.) Present — Marsh, P. J., Moule, Cardamone, Mahoney and Del Vecchio, JJ.

■ NEW YORK STATE TEAMSTERS COUNCIL et al, Respondents, v. ASSOCIATED GENERAL CONTRACTORS OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs, on the opinion at Special Term, Aronson, J. (Appeal from judgment of Oneida Special Term, on motion to confirm arbitration award.) Present — Marsh, P. J., Moule, Cardamone, Mahoney and Del Vecchio, JJ.